**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**  **CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE                CLERK OF COURT

Date: May 12, 2014                     DC Docket #: 13-cv-3608
Docket #: 14-1363cv                    DC Court: EDNY (CENTRAL ISLIP)
Short Title: Giambattista v. American Airlines, Inc.   DC Judge: Tomlinson
                                       DC Judge: Spatt

### NOTICE OF EXPEDITED APPEAL

By notice filed April 30, 2014, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than June 16, 2014, 35 days from the date of this notice. Appellee's brief is due no later than July 21, 2014 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8573.