# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and fourteen.

Before:     Ralph K. Winter,
                    *Circuit Judge*.

_____

Louann Giambattista,
    Plaintiff-Appellant,

      v.

American Airlines, Incorporated,
    Defendant-Appellee.

_____

**ORDER**
Docket No. 14-1363

Appellant moves to extend, through July 7, 2014, the time in which to file a brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED.  However, the Court notes that this motion was filed in violation of Local Rule 27.1(f)(3), which requires that a motion for an extension be filed as soon as practicable after the circumstances causing the request are known.  The appeal is dismissed effective July 7, 2014, unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).  Appellee's briefing scheduling is extended in a corresponding fashion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

